IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Buckner, Hullin

Printed: 12/10/08

Case Number: 04 B 31083
Judge: Wedoff, Eugene R
Filed: 8/20/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 4, 2008
Confirmed: October 14, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 47,664.00 |  |
| Secured: |  | 12,378.82 |
| Unsecured: |  | 30,534.45 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,194.00 |
| Trustee Fee: |  | 2,556.73 |
| Other Funds: |  | 0.00 |
| Totals: | 47,664.00 | 47,664.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,194.00 | 2,194.00 |
| 2. | General Motors Acceptance Corp | Secured | 12,378.82 | 12,378.82 |
| 3. | Wells Fargo Bank | Unsecured | 5,711.89 | 6,234.64 |
| 4. | ECast Settlement Corp | Unsecured | 6,729.61 | 7,345.53 |
| 5. | Discover Financial Services | Unsecured | 2,465.86 | 2,691.54 |
| 6. | General Motors Acceptance Corp | Unsecured | 308.57 | 336.83 |
| 7. | Resurgent Capital Services | Unsecured | 3,453.29 | 3,769.34 |
| 8. | ECast Settlement Corp | Unsecured | 601.92 | 657.08 |
| 9. | RoundUp Funding LLC | Unsecured | 2,920.35 | 3,187.62 |
| 10. | Capital One | Unsecured | 279.69 | 305.30 |
| 11. | Resurgent Capital Services | Unsecured | 2,950.56 | 3,220.61 |
| 12. | Capital One | Unsecured | 1,142.73 | 1,247.25 |
| 13. | ECast Settlement Corp | Unsecured | 1,409.74 | 1,538.71 |
| 14. | Countrywide Home Loans Inc. | Secured |  | No Claim Filed |
|  |  |  | $ 42,547.03 | $ 45,107.27 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Buckner, Hullin

Printed: 12/10/08

Case Number:  04 B 31083
Judge:  Wedoff, Eugene R
Filed:  8/20/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 602.42 |
| 4% | 158.88 |
| 3% | 119.16 |
| 5.5% | 509.74 |
| 5% | 64.79 |
| 4.8% | 254.22 |
| 5.4% | 758.30 |
| 6.6% | 89.22 |
| | $ 2,556.73 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

